UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERWIN WASHINGTON,

    Plaintiff,

    v.

UNITED AIRLINES, INC., et al.,

    Defendants.

Case No. 15-cv-00471-VC

**ORDER DENYING MOTION TO CERTIFY APPEAL AND DENYING MOTION TO STAY**

On May 22, 2015, the Court dismissed the Fifth Amended Complaint with leave to amend, on the ground that it failed to state a claim for race discrimination. The plaintiff now requests that the Court certify the dismissal for interlocutory appeal. That request is denied, as is the motion to stay the case pending appeal.

**IT IS SO ORDERED.**

Dated: June 11, 2015

_____
VINCE CHHABRIA
United States District Judge