UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-00471-VC<br><br>**ORDER RE DISCOVERY DISPUTE**<br>Re: Dkt. No. 161 |

      Plaintiff Erwin Washington's massive and repeated delays in producing documents responsive to the defendants' requests for production, and in producing a detailed privilege log, are inexcusable.  Beginning on Tuesday, September 20, 2016, Washington will be sanctioned $50 each day until he produces all responsive documents and a detailed privilege log.  Furthermore, if Washington fails to produce all responsive documents and a detailed privilege log by Monday, September 26, 2016, the court will dismiss his case with prejudice as a discovery sanction.  Counsel for Washington and the defendants must file a report on Tuesday, September 27, 2016 detailing the status of Washington's production.

      **IT IS SO ORDERED.**

Dated:  September 20, 2016

_____
VINCE CHHABRIA
United States District Judge