UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-00471-VC<br><br>**ORDER RE WASHINGTON'S ORAL REQUEST FOR LEAVE TO DISMISS** |

   At the November 11, 2016 case management conference, Plaintiff Washington orally sought leave to voluntarily dismiss his case with prejudice.  Washington has not yet paid the monetary sanctions the Court first ordered Washington to pay in its September 20, 2016 Order (Dkt. No. 174).  Washington has repeatedly failed to pay these sanctions, despite the Court ordering him to do so again in its Order to Show Cause (Dkt. No. 181), and yet again in its Order Sanctioning Plaintiff Washington for Discovery Abuses (Dkt. No. 192).

   By November 17, 2016, Washington is ordered to file a request for dismissal stating the reasons why and under what circumstances his case should be dismissed.  United may file a response on November 21, 2016.  The Court will not entertain this request for dismissal unless and until Washington actually pays the defendants $1,100; the post-dated check that has been sent does not constitute payment.

The parties are instructed to confer with Judge Corley regarding the scheduling of Washington's deposition.

**IT IS SO ORDERED.**

Dated:  November 10, 2016

VINCE CHHABRIA
United States District Judge