UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-00471-VC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 214 |

Plaintiff Washington's request to dismiss his case with prejudice is granted, on the conditions that (1) the plaintiff pays the $1,100 in monetary sanctions ordered by the Court; (2) plaintiff's counsel accepts service of a subpoena on behalf of the plaintiff; and (3) the plaintiff appears for a deposition if he is subpoenaed by the defendants.  Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

Dated:  November 22, 2016

_____
VINCE CHHABRIA
United States District Judge